United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6

7    TERRILL JOHNSON,                        Case No.  16-cv-01454-WHO
                  Plaintiff,
8
                                             **ORDER CONTINUING CASE**
9         v.                                 **MANAGEMENT CONFERENCE**

10   Q.E.D. ENVIRONMENTAL SYSTEMS            Re: Dkt. No. 24
     INC.,
11                Defendant.

12          The Case Management Conference set for May 11, 2016 is continued to the earlier of the

13   hearing on any motion to dismiss the anticipated amended complaint or August 9, 2016.

14          For the guidance of the parties, I do not bifurcate discovery between class and merits

15   issues, but discovery must be proportional.  Given the failure of plaintiff to meet his minimum

16   pleading standard, prior to the next Case Management Conference discovery is limited to any

17   matters directly relevant to the plaintiff (his employment and termination, the terms and conditions

18   of his employment, and defenses to his individual claims), as opposed to the class, and relevant

19   written wage and hour policies of the defendant.  Defendant should also serve objections to the

20   rest of the propounded discovery as appropriate on the assumption that the amended complaint is

21   allowed to proceed.  The parties should meet and confer over the objections prior to the Case

22   Management Conference so that the case management schedule is not delayed.  The parties need

23   not file a new Joint Case Management Statement a week before the CMC unless they wish to

24   update me on developments since May 4, 2016.

25          **IT IS SO ORDERED**.

26   Dated: May 10, 2016

27                                           

28                                           WILLIAM H. ORRICK
                                             United States District Judge