UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRILL JOHNSON, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>Q.E.D. Environmental Systems Inc., a Michigan corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:16-CV-01454-WHO<br><br>**ORDER APPROVING STIPULATION TO CONTINUE PRETRIAL CONFERENCE** |

The Court having considered the Stipulation of the parties, and good cause appearing therefore, orders as follows:

The Pretrial Conference currently scheduled for April 2, 2018 (Dkt. 86, 88) is hereby advanced to March 12, 2018. All dates calendared based upon the number of days in advance of the Pretrial Conference shall be advanced based upon the new date. All other dates in the Court's scheduling orders shall remain the same.

**IT IS SO ORDERED.**

Dated: July 17, 2017

_____
William H. Orrick
United States District Judge

*Johnson v. QED Environmental Systems, Inc.*
88054547.1

ORDER APPROVING STIPULATION