SETAREH LAW GROUP
Shaun Setareh, Bar No. 204514
*shaun@setarehlaw.com*
Thomas Segal, Bar No. 222791
*thomas@setarehlaw.com*
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Attorneys for Plaintiff
Terrill Johnson

ROBINS KAPLAN LLP
Michael A. Geibelson, Bar No. 179970
mgeibelson@robinskaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Defendant
Q.E.D. Environmental Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRILL JOHNSON, on behalf of himself, all others similarly situated, and the general public, <br><br>    Plaintiff, <br><br> vs. <br><br> Q.E.D. Environmental Systems Inc., a Michigan corporation; and DOES 1-50, inclusive, <br><br>    Defendants. | Case No. 3:16-CV-01454-WHO <br><br> *Hon. William H. Orrick* <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

TO ALL INTERESTED PARTIES:

Have read and considered the parties' Stioulation for Dismissal with Prejudice, and good cause appearing therefor,

This action is hereby DISMISSED WITH PREJUDICE pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Each party shall bear its own fees and costs.

IT IS SO ORDERED ADJUDGED AND DECREED.

Dated: March 9, 2018         By: _____
                                 WILLIAM H. ORRICK
                                 JUDGE OF THE
                                 UNITED STATES DISTRICT COURT